IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEPHEN INNEO**,<br><br>    Plaintiff,<br><br>  v.<br><br>**THE BLUE PEACH CAFÉ, INC.**,<br>**RAVEN & THE PEACH, INC.**, and<br>**NAUVOO GRILL CLUB, INC.**,<br>domestic corporations, and<br>**RICHARD BAHADURIAN**,<br>an individual,<br><br>    Defendants. | **Docket No.: 3:17-cv-00608-MAS-LHG**<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO FRCP 41 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff STEPHEN INNEO, by and through his attorneys JTB LAW GROUP, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, against all Defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 23, 2017
Jersey City, New Jersey

Respectfully submitted,

**JTB LAW GROUP, LLC**

*/s/ Jason T. Brown*
Jason T. Brown
*jtb@jtblawgroup.com*
155 2nd Street, Suite 4
Jersey City, NJ 07302
(201) 630-0000 (office)
(855) 582-5297 (fax)
*Attorneys for Plaintiff*